■ In the Matter of HAROLD BROTMAN, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. —Motion by respondent (1) for reargument or rehearing and reconsideration of this court's determination which resulted in its order dated May 28, 1985 (108 AD2d 398), disbarring the said respondent, or, in the alternative, (2) for leave to appeal to the Court of Appeals from the order of this court dated May 28, 1985.

Motion denied in all respects. Mollen, P. J., Lazer, Mangano, Gibbons and Thompson, JJ., concur.